**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1669**

———————

EDWARD F. DALY,

Plaintiff - Appellant,

versus

WORCESTER COUNTY, MARYLAND,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-98-3296-CCB)

———————

Submitted:  July 22, 1999          Decided:  July 27, 1999

———————

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Edward F. Daly, Appellant Pro Se.  Kevin Bock Karpinski, ALLEN, JOHNSON, ALEXANDER & KARP, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward Daly appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Daly v. Worcester County, Maryland, No. CA-98-3296-CCB (D. Md. Mar. 11, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2